RIO GRANDE VALLEY CAR RENT-AL, INC., (doing business as Thrifty Car Rental), Plaintiff–Appellee,

v.

UNITED STATES, Defendant,

and

Patrick Berg, Robert J. Cawthard, and Jeffrey Whitlow, Defendants–Appellants.

No. 2006–1257.

United States Court of Appeals, Federal Circuit.

May 3, 2006.

ON MOTION

*ORDER*

Upon consideration of the appellants' unopposed motion to voluntarily dismiss their appeal from the order entered on October 14, 2005 by the United States District Court for the Southern District of Texas in district court case no. 04–CV–0212,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.